# KENNETH ROSELLINI
### ATTORNEY AT LAW
636A Van Houten
Clifton, New Jersey 07013

(973) 998-8375　　　　　　　　　　　　　　　　　NEW JERSEY AND NEW YORK BARS
Fax (973) 998-8376
E-mail KennethRosellini@Gmail.com

December 15, 2014

Clerk of the Court
Finance Division
United States District Court
Martin Luther King Building
& U.S. Courthouse
402 East State Street #2020
Trenton, New Jersey 08608

　　　　　　　　　　Re:　　*Jaccard v. Bank of America, et al.*
　　　　　　　　　　　　　　Docket No.: 3:14-cv-07535-AET-DEA
　　　　　　　　　　　　　　**Request to Correct Errant Double Payment for Complaint**

Dear Sir/Madam:

　　　I am attorney for the Plaintiff in the above-referenced matter.  In processing the payment for the Complaint via ECF in this matter on December 3, 2014, I had to make a correction to the Complaint in the process of filing, and apparently in doing so the payment for the filing fee went through twice in err.  The following are the reference numbers for the two payments.

　　　　　**Application Name: NJD CM ECF**
　　　　　**Pay.gov Tracking ID: 25INNIAA**
　　　　　**Agency Tracking ID: 0312-6082185**

　　　　　**Application Name: NJD CM ECF**
　　　　　**Pay.gov Tracking ID: 25INNJU4**
　　　　　**Agency Tracking ID: 0312-6082188**

　　　Please correct the payment record and provide a credit to my attorney account for the first processed payment.  Thank you.

　　　Thank you for your attention to this matter. If you have any questions please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth Rosellini

　　　　　　　　　　　　　　　　　　　　　　　Kenneth Rosellini