Andrew C. Sayles, Esq.
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel:    (973) 535-0500
asayles@connellfoley.com
Attorneys for Defendants
McGovern Legal Services, LLC, Francis J. McGovern, Esq. and
Michael Polulak, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARILYN JACCARD,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, SEA BRIGHT BOROUGH POLICE DEPARTMENT, BRETT FRIEDMAN, in his individual capacity, MARK LECKSTEIN, SEA BRIGHT CONDOMINIUM HOMEOWNER'S ASSOCIATION, MCGOVERN LEGAL SERVICES, LLC, FRANCIS J. MCGOVERN, MICHAEL POLULAK, JENNIFER HILL, and REZKOM ENTERPRISES, INC.<br><br>Defendants. | Civil Action No. 3:14-cv-07535-AET-DEA<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

SIRS:

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance in this matter on behalf of defendants McGovern Legal Services, LLC, Francis J. McGovern, Esq., and Michael Polulak, Esq.

The undersigned counsel hereby requests that all notices filed in this matter be served upon **Andrew C. Sayles** at the address indicated above and, as appropriate, by electronic filing.

12436/103638
3310783-1

                              **CONNELL FOLEY LLP**
                              Attorneys for Defendants
                              McGovern Legal Services, LLC,
                              Francis J. McGovern, and
                              Michael Polulak


                              By:  *s/ Andrew C. Sayles*
                                         Andrew C. Sayles

Dated: January 16, 2015