Andrew C. Sayles, Esq.
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel:    (973) 535-0500
asayles@connellfoley.com
Attorneys for Defendants
McGovern Legal Services, LLC, Francis J. McGovern, Esq. and
Michael Polulak, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARILYN JACCARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, SEA BRIGHT BOROUGH POLICE DEPARTMENT, BRETT FRIEDMAN, in his individual capacity, MARK LECKSTEIN, SEA BRIGHT CONDOMINIUM HOMEOWNER'S ASSOCIATION, MCGOVERN LEGAL SERVICES, LLC, FRANCIS J. MCGOVERN, MICHAEL POLULAK, JENNIFER HILL, and REZKOM ENTERPRISES, INC.<br><br>　　　　　Defendants. | Civil Action No. 3:14-cv-07535-AET-DEA<br><br><br>**REQUEST FOR EXTENSION OF TIME PURSUANT TO LOCAL CIVIL RULE 6.1** |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.1(b), Defendants McGovern Legal Services, LLC, Francis J. McGovern, Esq., and Michael Polulak, Esq. ("Defendants"), hereby request an extension of 14 days to answer or otherwise respond to the Complaint. Defendants were served on December 29, 2014 therefore their current responsive deadline is January 19, 2015. As a result of this extension, their time to respond shall be extended to February 2, 2015.

　　　　　　　　　　　　　　　　　　**CONNELL FOLEY LLP**
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　McGovern Legal Services, LLC,
　　　　　　　　　　　　　　　　　　Francis J. McGovern, and
　　　　　　　　　　　　　　　　　　Michael Polulak


　　　　　　　　　　　　　　　　　　By:　*s/ Andrew C. Sayles*
Dated: January 16, 2015　　　　　　　　 Andrew C. Sayles

12436/103638
3310783-1