**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, New Jersey 07068
Tel:   (973) 535-0500
Attorneys for Defendants
McGovern Legal Services, LLC, Francis J. McGovern, Esq. and
Michael Polulak, Esq.

RECEIVED

JAN 29 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARILYN JACCARD,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, SEA BRIGHT BOROUGH POLICE DEPARTMENT, BRETT FRIEDMAN, in his individual capacity, MARK LECKSTEIN, SEA BRIGHT CONDOMINIUM HOMEOWNER'S ASSOCIATION, MCGOVERN LEGAL SERVICES, LLC, FRANCIS J. MCGOVERN, MICHAEL POLULAK, JENNIFER HILL, and REZKOM ENTERPRISES, INC.<br><br>Defendants. | Civil Action No. 3:14-cv-07535-AET-DEA<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AS TO DEFENDANTS, MCGOVERN LEGAL SERVICES, LLC, FRANCIS J. MCGOVERN, ESQ., AND MICHAEL POLULAK, ESQ.** |

**THIS MATTER** having come before the Court upon the request of Defendants, McGovern Legal Services, LLC, Francis J. McGovern, Esq., and Michael Polulak, Esq. for an extension of time to Answer or otherwise respond to Plaintiff's Complaint, and counsel for Plaintiff having consented to that request, and for good cause shown:

IT IS on this 29th day of January_____, 2015, hereby:

3319229-1

**ORDERED** that Defendants, McGovern Legal Services, LLC's, Francis J. McGovern, Esq.'s, and Michael Polulak, Esq.'s time to respond is hereby extended from February 2, 2015 to February 24, 2015.

So Ordered:

_____
The Hon. Douglas E. Arpert, U.S.M.J.

3319229-1